WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Thomas MacWright

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
John K. Cunningham
Richard S. Kebrdle (admitted *pro hac vice*)

*Attorneys for Ricardo Costa Villela*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | )<br>)<br>) Case No. 15-10419 (REG) |
| **ARALCO S.A. - Indústria e Comércio,** *et al.,* | ) (Jointly Administered)<br>) |
| **Debtors in Foreign Proceedings.** | ) Chapter 15<br>) |

**CERTIFICATE OF NO OBJECTIONS TO FOREIGN REPRESENTATIVE'S
PETITION FOR RECOGNITIONOF BRAZILIAN BANKRUPTCY
PROCEEDINGS AND MOTIONFOR ORDER GRANTING RELATED RELIEF
PURSUANT TO 11 U.S.C. §§ 105(a), 1507(a), 1509(b), 1515, 1517, 1520 AND 1521**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Rules of the United States

Bankruptcy Court for the Southern District of New York, and in accordance with this Court's

case management procedures set forth in the Order Pursuant to Federal Rules of Bankruptcy

Procedure 2002 (m) and (q) and 9007 Scheduling Hearing and Specifying Form and Manner of

Service of Notice [ECF No. 12] (the "Procedural Order"), [1] the undersigned hereby certifies as follows:

1. On February 25, 2015 (the "Petition Date"), Ricardo Costa Villela (the "Petitioner"), in his capacity as Foreign Representative in respect of the Brazilian Bankruptcy Proceedings, filed *Foreign Representative's Petition for Recognition of Brazilian Bankruptcy Proceedings and Motion for Order Granting Related Relief Pursuant To 11 U.S.C. §§ 105(a), 1507(a), 1509(b), 1515, 1517, 1520 And 1521* [ECF No. 3] (together with the Forms of Voluntary Petition [ECF No. 1], the "Petition").

2. Pursuant to the Procedural Order and in accordance with Federal Rule of Bankruptcy Procedure 2002(q)(1), on March 4, 2015, the Notice Documents (as defined in the Procedural Order) were served on, among others, counsel to the Debtors, the Office of the United States Trustee for the Southern District of New York, counsel to the Ad Hoc Group, and the Indenture Trustee. See Affidavit of Service of Hannah E. Lee [ECF No. 13]; Affidavit of Service of Daniel Gold [ECF No. 14]. Further, pursuant to the Procedural Order, on March 6, 2015, the Notice Documents were provided to the Indenture Trustee with instructions to forward the Notice Documents on behalf of the Petitioner to the DTC and to instruct the DTC to disseminate the Notice Documents to the Noteholders according to the DTC's customary practices. See Affidavit of Daniel Gold [ECF No. 17]. Lastly, pursuant to the Procedural Order, on March 6, 2015, the court-approved notice of the Recognition Hearing was published in the Wall Street Journal (National Edition). See Affidavit of Publication of Vinod Srinivasan [ECF No. 16].

---

[1] Except as otherwise indicated, capitalized terms used herein carry the meanings ascribed to them in the Petition.

3.      The deadline to object to the Petition passed on April 8, 2014 at 4:00 pm (the "Objection Deadline"), and, to the best of my knowledge, no objection or other responsive pleading to the Motion or request for hearing has been (a) filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Case Management Order or (b) served on (or received by) the Petitioner or his counsel.

4.      This certification is being made and filed more than 48 hours after the Objection Deadline.

5.      Accordingly, the Petitioner respectfully requests that the Court enter a final order, substantially in the form attached hereto as Exhibit A, granting recognition of the Brazilian Bankruptcy Proceedings as foreign main proceedings and granting the other Requested Relief.  For the Court's convenience, attached hereto as Exhibit B is a comparison of the proposed final order attached hereto as Exhibit A against the proposed form of order submitted to the Court on February 25, 2015.

Dated:  New York, New York

　　　April 20, 2014

　　　　　　　　　　　　　　　WHITE & CASE LLP

　　　　　　　　　　　　　　　By:  /s/ John K. Cunningham
　　　　　　　　　　　　　　　　　John K. Cunningham
　　　　　　　　　　　　　　　　　Richard S. Kebrdle

　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　New York, New York 10036-2787
　　　　　　　　　　　　　　　(212) 819-8200
　　　　　　　　　　　　　　　Thomas MacWright

　　　　　　　　　　　　　　　Southeast Financial Center, Suite 4900
　　　　　　　　　　　　　　　200 South Biscayne Boulevard
　　　　　　　　　　　　　　　Miami, Florida 33131-2352
　　　　　　　　　　　　　　　(305) 371-2700
　　　　　　　　　　　　　　　John K. Cunningham
　　　　　　　　　　　　　　　Richard S. Kebrdle

　　　　　　　　　　　　　　　*Attorneys for Ricardo Costa Villela as Petitioner
　　　　　　　　　　　　　　　and Foreign Representative*