WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Thomas MacWright

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
John K. Cunningham
Richard S. Kebrdle

*Attorneys for Ricardo Costa Villela*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | )<br>)<br>) |
| **ARALCO S.A. - Indústria e Comércio,** *et al.*, | ) Case No. 15-10419 (REG)<br>) (Jointly Administered)<br>) |
| **Debtors in Foreign Proceedings** | ) Chapter 15<br>) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK
         ss:
COUNTY OF NEW YORK

1. I, Hannah E. Lee, being duly sworn, depose and say that:

2. I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, New York, New York, 10036. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

3. On April 22, 2015, I caused the following document to be served, on behalf of *Ricardo Costa Villela, as Petitioner and Foreign Representative*, on those identified on the

service list attached hereto as **Exhibit A** via U.S. Mail, and on the persons identified on the service list attached hereto as **Exhibit B** via Electronic Mail:

- ECF 22 –*Order Granting Recognition of Foreign Main Proceedings and Certain Related Relief*

    4.    In addition, I caused the following document to be provided, on behalf of *Ricardo Costa Villela, as Petitioner and Foreign Representative,* on those identified on the service list attached hereto as **Exhibit C** via the method specified therein with instructions to forward such document to the Depository Trust Company (the "DTC") and to instruct the DTC to disseminate such documents according to the DTC's customary practices:

- ECF 22 –*Order Granting Recognition of Foreign Main Proceedings and Certain Related Relief*

_____

Hannah E. Lee

Sworn to before me this 24th day of April 2015

_____

RITA M. MASINO
Notary Public, State of New York
No. 01MA6277616
Qualified in New York County
Commission Expires March 11, 2017

Americas 90545575 (2K)

## EXHIBIT A

### (Served via U.S. Mail)

| | |
|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway, New York, NY 10036<br>Attn: Richard L. Epling, Esq.<br>Leo T. Crowley, Esq. | The Depository Trust Company<br>55 Water Street – 1SL<br>New York, New York 10041 |
| Thomas Benes Felsberg<br>Felsberg, Felsberg & Associates<br>Avenida Cidade Jardim<br>803 – Jardim Paulistano, São Paulo – SP<br>Brazil, 01453-001 | Office of United States Trustee for<br>the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, New York 10014 |
| Dias Carneiro Arystóbulo Flores Sanches e<br>Thomaz Bastos Advogados<br>Av. Paulista 1079 – Bela Vista, São Paulo - SP<br>Brazil, 01311-200<br>Attn: Joel Luis Thomaz Bastos<br>Ricardo Machado Pagianotto | |

## EXHIBIT B

### (Served via Electronic Mail)

| Recipient | E-Mail Address |
|---|---|
| **Counsel to the Debtors** | |
| Joel Luis Thomaz Bastos | Joel.Bastos@dcadv.com.br |
| Ricardo Machado Pagianotto | Ricardo.Pagianotto@dcadv.com.br |
| **Counsel to the Indenture Trustee** | |
| Richard L. Epling | richard.epling@pillsburylaw.com |
| Leo T. Crowley | leo.crowley@pillsburylaw.com |
| **Counsel to the Ad Hoc Group** | |
| Thomas Benes Felsberg | ThomasFelsberg@felsberg.com.br |
| **The United States Trustee** | |
| Andy Velez-Rivera | Andy.Velez-Rivera@usdoj.gov |

# EXHIBIT C

## (Served via Electronic Mail)

| NAME | EMAIL ADDRESS | ROLE |
|---|---|---|
| RICHARD L. EPLING, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP | RICHARD.EPLING@PILLSBURYLAW.COM | COUNSEL TO THE INDENTURE TRUSTEES |
| LEO T. CROWLEY, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP | LEO.CROWLEY@PILLSBURYLAW.COM | COUNSEL TO THE INDENTURE TRUSTEES |

Americas 90545575 (2K)